USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/15/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **ADDENDUM TO CONSENT DECREE** |
| Plaintiff, | : | |
| v. | : | 21 Civ. 5853 (AT) |
| JUJAMCYN THEATERS LLC, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, the United States of America (the "Government") commenced this action to enforce provisions of Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12181 *et seq.*, and the Department of Justice regulations implementing Title III of the ADA, 28 C.F.R. Pt. 36 (the "Regulations"), and the ADA Standards for Accessible Design, consisting of 28 C.F.R. Pt. 36, App. D (the "1991 Standards"); and Appendices B and D to 36 C.F.R. Pt. 1191 (2009), and the requirements contained in subpart D of 28 C.F.R. Pt. 36 (the "2010 Standards"), against Jujamcyn Theaters LLC ("Jujamcyn") with respect to, *inter alia*, the August Wilson Theatre, opened in 1925 and located at 245 West 52nd Street (the "Theater");

WHEREAS, the Theater is owned by Jujamcyn, which is a limited liability company organized under the laws of Delaware and headquartered in New York;

WHEREAS, Jujamcyn and the United States entered into a Consent Decree approved and entered by the Court on July 12, 2021, pursuant to which Jujamcyn agreed to make certain accessibility improvements to the Theater;

WHEREAS, by notice dated October 12, 2021, January 19, 2022, and February 17, 2022, Jujamcyn certified that it complied with the obligations of the Consent Decree with regard to the

Theater;

WHEREAS, Jujamcyn now proposes significant alterations to the Theater pursuant to paragraph 17 of the Consent Decree to permit a "theater in the round" production of "Cabaret" (the "Production");

WHEREAS, the Production will reduce the total number of seating locations in the Theater, and

WHEREAS, the United States has reviewed the proposed alterations and has no objection thereto;

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1.      This Court has jurisdiction over this action pursuant to 42 U.S.C. § 12188(b)(1)(B) and 42 U.S.C. §§ 1331 and 1345.

2.      The Consent Decree is hereby modified with respect solely to the Theater and solely with regard to the Production for the duration of its run; in other words, solely as to the August Wilson Theater for the planning, production, and closing (if any) of "Cabaret." This Addendum does not alter the duties and responsibilities of the parties as to any other theater, nor does it alter or amend any provision of the Consent Decree except as specifically indicated herein.

3.      The Consent Decree is hereby modified with respect to the Theater for the duration of the Production as follows:

A.      <u>Entrance to the Theater</u>:   Paragraph 5 of the Consent Decree is amended to the extent that Jujamcyn shall provide an accessible entrance route at the Theater as set forth in Exhibit 1.

B.      <u>Restrooms</u>: Paragraph 6 of the Consent Decree is amended to the extent

that Jujamcyn shall maintain two wheelchair accessible unisex toilet rooms that meet the requirements of 2010 Standards §§ 213, 603-606, to the extent set forth in Exhibit 1, it being agreed that the existing wheelchair accessible unisex toilet room is not being altered and shall meet the requirements of 2010 Standards §§ 213, 603-606, as and to the extent set forth in Exhibit 2A of the Consent Decree.

C.      Egress Route: Paragraph 9 of the Consent Decree is amended to the extent that Jujamcyn shall provide in the Theater a designated access route to the extent set forth in Exhibit 1.

D.      Wheelchair and Companion Seating Locations: Paragraph 14 of the Consent Decree is amended to the extent that Jujamcyn shall provide eleven (11) wheelchair seating locations and the associated companion seating locations at the Theater to the extent set forth in Exhibit 1.   It is agreed that each wheelchair seating location at a table shall be permitted to be sold only if both seats at such table are purchased, so long as seats at all other tables sold to the general public at the Standard-Admission price for table seats are also sold only in pairs.

E.      Aisle Transfer Seating: Paragraph 16 of the Consent Decree is amended to the extent that Jujamcyn shall provide and maintain aisle seats that are equipped with folding armrests or, in the case of seats at tables, at Jujamcyn's option, no armrests ("designated aisle seats") to the extent set forth in Exhibit 1.

F.      Ticket Pricing:   Paragraph 18 of the Consent Decree is amended to the extent that the ticket pricing for wheelchair and companion seating locations in the Theater shall be as follows: (a) six of the wheelchair seating locations and one companion seat for each such wheelchair seating location shall be offered for sale to wheelchair users

and their companions at the lowest ticket price at which tickets are offered for sale for Standard-Admission Seats for the general public at the Theater; (b) the remaining five wheelchair seating locations and one companion seat for each such wheelchair seating location shall be offered for sale to wheelchair users and their companions at the price of the tickets for Standard-Admission Seats in proximity to the wheelchair seating locations; (c) all remaining wheelchair companion seating locations may be priced at the price of tickets for standard-admission, non-accessible seats in proximity to the applicable wheelchair seating location; and (d) all aisle transfer seating locations shall be offered for sale to people with disabilities at the price at which adjacent seating locations in the same row are offered for sale for that performance, or, in the event such adjacent seating locations are not, for that performance, being offered for sale to the general public, at the price such seating locations would otherwise be offered for sale for that performance to the general public.

4.      Upon the conclusion of the Production, the Theater shall revert to the specifications set forth in the Consent Decree, including with respect to the seating plan, wheelchair accessible seating and aisle transfer seating locations.

Dated: New York, New York
    November 9, 2023

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Plaintiff
United States of America

By: _____

DAVID J. KENNEDY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.:   (212) 637-2733
david.kennedy2@usdoj.gov

Dated: New York, New York
    November 7, 2023

JUJAMCYN THEATERS LLC

By: _____

HAL GOLDBERG
Chief Operating Officer
Jujamcyn Theaters LLC
246 W 44th Street
New York, New York 10036
Tel. No.:   (212) 840-8181

SO ORDERED:

_____
HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE

Dated: November 15, 2023
    New York, New York

<u>Exhibit 1</u>

© 2023 Kostow Greenwood Architects, LLP. All rights reserved. No part of this document may be reproduced or utilized in any form without the prior written authorization of Kostow Greenwood Architects, LLP. Drawn by: Author    Checked by: Checker

**REFERENCE TO 2022BC**

§28.2-1009.6 Areas of rescue assistance. Every required area of rescue assistance shall be accessible from the space it serves by one or more accessible means of egress components as listed in Section 28.2-1009.2.

§28.2-1009.6.2 Stairway or elevator access. Every required area of rescue assistance shall have direct access to a stairway complying with Sections 28.2-1009.3 and 28.2-1023, or an elevator complying with Section 28.2-1009.4.

§28.2-1009.6.3 Size. Each area of rescue assistance shall be sized to accommodate one wheelchair space of 30 inches by 48 inches (762 mm by 1220 mm) for each 200 occupants or portion thereof, based on the occupant load of the area of rescue assistance and areas served by the area of rescue assistance. Such wheelchair spaces shall not reduce the means of egress minimum width or required capacity. Access to any of the required wheelchair spaces in an area of rescue assistance shall not be obstructed by more than one adjoining wheelchair space. Every required area of rescue assistance shall be accessible from the space it serves by one or more accessible means of egress components as listed in Section 28.2-1009.2.

## LEGEND

- **ADA RESTROOMS**
- **EXISTING RAKED ORCHESTRA FLOOR TO REMAIN. SLIGHT ADJUSTMENTS TO BE MADE TO THE EXISTING ADA CONCRETE PLATFORMS TO CREATE SMOOTH AND LEVEL WALKING SURFACE**
- **FLAT PORTION OF REAR ORCHESTRA BAR**
- **WHEELCHAIR LIFT**
- **WHEELCHAIR PATRON PATH TO SEAT**
- **FIRE GUARD**
- **WHEELCHAIR POSITION WITH 36" X 48" CLEARANCE**
- **WHEELCHAIR COMPANION SEATS**
- **AISLE TRANSFER SEAT**
- **AISLE TRANSFER COMPANION SEAT**
- **EXTENTS OF REAR ORCHESTRA BAR, MERCH AREA AND ASSISTIVE LISTENING DEVICE LOCATION TO BE INCLUDED WITHIN THIS ZONE**

### Drawing labels

- SECOND ADA RESTROOM
- STAIR J
- ENTRY CORRIDOR
- NEW WHEELCHAIR LIFT TO MEZZANINE 37 1/4" X 51" CLEAR PLATFORM SIZE 750 LB CAPACITY
- FIRE GUARD ASSIGNED TO WHEELCHAIR SAFE AREA
- DOORS INTO ENTRY COURT ARE 90 MIN., TYP.
- EXTERIOR COURT
- ACCESS LADDER ROOM
- STAIR K
- ADA RR
- STAIR 4
- RAMP 2 1/2'
- ADA 1:12 RAMP
- EL 2 1/2'
- HOUSE SIDE RAILING
- EL 2 1/2'
- X12 BAR
- STAGE
- STAGE-SIDE SEATING
- ADA 1:12 RAMP
- BAR AREA (SERVICE SIDES INDICATED BY ARROWS)
- STAIR I
- RAMP 1-1/2'/21'
- STAIR H
- STAIR G
- STAIR F
- EXISTING WHEELCHAIR LIFT
- ENTRY CORRIDOR
- EXISTING ADA RESTROOM PER EXISTING CONSENT DECREE
- ACCESSIBLE PATH
- **WEST 52ND STREET**

① **DOJ SEATING PLAN ORCHESTRA**
scale: 1/8" = 1'-0"

TO THE BEST OF MY KNOWLEDGE AND PROFESSIONAL JUDGEMENT THESE DRAWINGS ARE IN COMPLIANCE WITH THE NEW YORK CITY BUILDING CODE AND ADA COMPLIANCE.

NOTE: DO NOT SCALE OFF OF PLANS



**AMBASSADOR THEATRE GROUP**

## DANCE II

AUGUST WILSON THEATRE
245 W 52ND STREET
NEW YORK, NY 10019



**KOSTOW GREENWOOD ARCHITECTS**
594 BROADWAY, SUITE 300
NEW YORK, NEW YORK, 10012
telephone 212.334.0116

**CLIENT**
AMBASSADOR THEATRE GROUP
630 NINTH AVE, SUITE 800
NEW YORK, NY 10036
telephone 646.973.1592

**PROJECT MANAGEMENT**
GBA
214 WEST 43RD STREET
NEW YORK, NY 10036
telephone 917.300.1199

**THEATRE CONSULTANTS**
CHARCOALBLUE
330 7TH AVE, SUITE2002
NEW YORK, NY 10001
telephone 212.645.0790

**STRUCTURAL ENGINEER**
MCLAREN ENGINEERING
131 W 35TH STREET, 4TH FL
NEW YORK, NY 10001
telephone 212.324.6300

**MEP ENGINEER**
AMA GROUP
825 8TH AVE., FL18
NEW YORK, NY 10019
telephone 212.944.7722

**CODE CONSULTANT**
NYCCODE
114 W 47TH STREET, C1
NEW YORK, NY 10036
telephone 212.586.2114

**CONSTRUCTION MANAGEMENT**
YORKE CONSTRUCTION
140 WEST 31ST STREET, 4TH FLOOR
NEW YORK, NY 10001
telephone 212.564.8467

**KEY PLAN:**

| DESCRIPTION | NO | DATE |
|---|---|---|

**1ST FLOOR (ORCHESTRA LEVEL)**

| | |
|---|---|
| DOB NOW no | M00914934-I1 |
| project no | 23-002 |
| scale | 1/8" = 1'-0" |
| graphic scale | |
| drawing n | **DOJ-001.00** |
| sheets in set | 1  OF 35 |



DANCE II

AUGUST WILSON THEATRE
245 W 52ND STREET
NEW YORK, NY 10019



KOSTOW GREENWOOD
ARCHITECTS
594 BROADWAY, SUITE 300
NEW YORK, NEW YORK 10012
telephone 212.334.0116

CLIENT
AMBASSADOR THEATRE GROUP
630 NINTH AVE, SUITE 800
NEW YORK, NY 10036
telephone 646.973.1592

PROJECT MANAGEMENT
GBA
214 WEST 43RD STREET
NEW YORK, NY 10036
telephone 917.300.1199

THEATRE CONSULTANTS
CHARCOALBLUE
330 7TH AVE, SUITE2002
NEW YORK, NY 10001
telephone 212.645.0790

STRUCTURAL ENGINEER
MCLAREN ENGINEERING
131 W 35TH STREET, 4TH FL
NEW YORK, NY 10001
telephone 212.324.6300

MEP ENGINEER
AMA GROUP
825 8TH AVE., FL.18
NEW YORK, NY 10019
telephone 212.944.7722

CODE CONSULTANT
NYCCODE
114 W 47TH STREET, C1
NEW YORK, NY 10036
telephone 212.586.2114

CONSTRUCTION MANAGEMENT
YORKE CONSTRUCTION
140 WEST 31ST STREET, 4TH FLOOR
NEW YORK, NY 10001
telephone 212.564.8467

KEY PLAN:



DESCRIPTION          NO   DATE

1ST FLOOR (ORCHESTRA
LEVEL) SEATING
PLATFORM

| | |
|---|---|
| DOB NOW no | M0091493411 |
| project no | 23-002 |
| scale | 1/8" = 1'-0" |
| graphic scale | |
| drawing no | DOJ-002.00 |
| sheets in set | 2  OF 35 |

NEW WHEELCHAIR LIFT
TO MEZZANINE

OPEN TO BELOW

STAGE-SIDE SEATING PLATFORM

OPEN TO BELOW

OPEN TO BELOW

STAIR 2

UP

DN

UP

DN

UP

DN

UP

1  DOJ SEATING PLAN SEATING PLATFORM
   scale: 1/8" = 1'-0"

TO THE BEST OF MY KNOWLEDGE AND
PROFESSIONAL JUDGEMENT THESE
DRAWINGS ARE IN COMPLIANCE WITH
THE NEW YORK CITY BUILDING CODE
AND ADA COMPLIANCE.

NOTE: DO NOT SCALE OFF OF PLANS

© 2023 Kostow Greenwood Architects, LLP   All rights reserved   No part of this document may be reproduced or utilized in any form without the prior written authorization of Kostow Greenwood Architects, LLP   Drawn by: Author   Checked by: Checker